UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 1

**TRISTAR PRODUCTS, INC.**

                     **Plaintiff,**

v.

**UNITED STATES,**

                     **Defendant.**

**S U M M O N S**

**Court No. 21-00563**

**TO:**  The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

                                      **/s/ Mario Toscano**
                                      Clerk of the Court

**PROTEST**

| Port(s) of Entry: Oakland | Center (if known): CEE008 Consumer Products |
|---|---|
| Protest Number: 2811-21-100311; and schedule | Date Protest Filed: September 7, 2021 |
| Importer: Tristar Products, Inc. | Date Protest Denied: October 8, 2021 |
| Category of Merchandise: Air Fryers | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| FD6-1575544-0 | January 13, 2021 | September 3, 2021 | | | |
| FD6-1575578-8 | January 11, 2021 | September 3, 2021 | | | |
| | | | | | |

Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt  LLP
599 Lexington Avenue, 36th floor
New York, New York 10022
JSpraragen@GDLSK.COM
212/557-4000

**CONTESTED ADMINISTRATIVE DECISION**

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Air Fryers | 8516.60.4070, HTSUS<br>9903.88.03, HTSUS | 0% ad val.<br>25% ad val. | 8516.79.0000, HTSUS | 2.7% ad val. |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:
CBP's decision to deny the subject protests where the protest claim was for classification as other electrothermic appliances under subheading 8516.79.0000, HTSUS

The issue which was common to all such denied protests: Whether the subject merchandise is classifiable under subheading 8516.79.0000, HTSUS.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Joseph M. Spraragen
*Signature of Plaintiff's Attorney*

October 14, 2021
*Date*

## SCHEDULE OF PROTESTS

CEE008 Consumer Products
Center (if known)

| PROTEST NUMBER | DATE PROTEST FILED | DATE DENIED | ENTRY NUMBER | ENTRY DATE | LIQ DATE | PORT CODE |
|---|---|---|---|---|---|---|
| 2811-21-100311 | 09/07/2021 | 10/08/2021 | FD615755440 | 01/13/2021 | 09/03/2021 | 2811 |
| 2811-21-100311 | 09/07/2021 | 10/08/2021 | FD615755788 | 01/11/2021 | 09/03/2021 | 2811 |
| 2811-21-100312 | 09/07/2021 | 10/08/2021 | FD615764152 | 01/31/2021 | 09/03/2021 | 2811 |
| 2811-21-100312 | 09/07/2021 | 10/08/2021 | FD615764178 | 01/31/2021 | 09/03/2021 | 2811 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)

11319032_1