UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| Tristar Products, Inc., | ) |
| | ) |
| Plaintiff, | ) Court No. 21-00563 |
| v. | ) |
| United States, | ) |
| Defendant. | ) |

## **COMPLAINT**

Plaintiff, through its undersigned attorneys, alleges the following as its complaint in this case:

1. The Court has jurisdiction of this action under 28 U.S.C. § 1581(a).

2. Plaintiff was the importer of record.

3. The protest and summons in this action were timely filed.

4. All liquidated duties, charges and exactions were paid prior to the commencement of this action.

5. The imported merchandise consists of two models of air fryers, both of which are tabletop appliances utilizing hot air circulated at a high speed to cook food items.

6. The first model, which is described on the commercial invoice as item number 7-52356-83172-1 (HF-196DT), is a tabletop appliance with a 7 quart capacity that consists of an air fryer heating element, cooking chamber, motor, and fan.

7. The second model, which is described on the commercial invoice as item number AFO-001, is a tabletop appliance that consists of an air fryer heating element, cooking chamber, rotisserie spit, pizza rack, baking pan, drip tray, crisper tray, motor, and fan.

8. The air fryers allow for multifunctional cooking options that are not achievable in an oven.

9. Upon liquidation, U.S. Customs and Border Protection ("CBP") classified the imported merchandise as ovens under subheading 8516.60.4070, of the Harmonized Tariff Schedule of the United States ("HTSUS"), free of duty.

10. The subject merchandise was made in China.

11.  Pursuant to subheading 9903.88.03, HTSUS, 25% *ad valorem* duty was assessed on the subject merchandise at the time of liquidation.

12. The air fryers are not classifiable under subheading 8516.60.4070, HTSUS.

13. The air fryers are designed for the purpose of preparing food utilizing "Rapid Air" technology, which is the name given to the Radiant Up-Stream Heating ("RUSH") technology that was developed for air frying food preparation.

14. RUSH food preparation technology is different from the technology used in an oven.

15. The air velocity from RUSH technology is approximately 5 – 6 miles per hour and allows for active cooking of food as opposed to passive cooking from an oven with an air velocity that is relatively static, at approximately one (1) mile per hour.

16. The air fryers utilize a fan that is more than twice the size of the fan used in an oven while the cooking enclosure is less than 25% of the size of an oven.

17. The air fryers utilize two circulating air flows that are not present in ovens.

18. The cooking technology utilized in air fryers cooks food faster, and utilizes less energy, than ovens.

19. The cooking technology utilized in air fryers results in food that is "air fried" with a crisp texture on the outside, while the inside remains moist.

20. The cooking results from an air fryer are similar to those achieved by utilizing a deep fryer but with little to no oil being used.

21. The cooking results from an air fryer cannot be replicated by utilizing ovens.

22. The air fryers are not ovens of subheading 8516.60.4070, HTSUS.

23. Pursuant to GRI 1, the subject merchandise is correctly classifiable as "other electrothermic appliances" under subheading 8516.79.00, HTSUS, dutiable at 2.9% *ad valorem*.

24. Merchandise from China classified under subheading 8516.79.00, HTSUS is not subject to an additional 25% duty rate.

**WHEREFORE**, plaintiff respectfully requests the Court to find that the subject merchandise is correctly classifiable under subheading 8516.79.0000, HTSUS; and to order CBP to re-liquidate the subject entries with refunds of excess duties paid and with interest as provided by law.

Respectfully submitted,

GRUNFELD, DESIDERIO, LEBOWITZ
SILVERMAN & KLESTADT LLP
Attorneys for Plaintiff

By: /s/ Joseph M. Spraragen
Robert B. Silverman
Harold M. Grunfeld
Neil Scott Helfand
Joseph M. Spraragen
599 Lexington Avenue
36th Floor
New York, New York 10022
Tel. (212) 557-4000
jspraragen@gdlsk.com

Dated: October 20, 2021
      New York, New York