UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

| | |
|---|---|
| TRISTAR PRODUCTS, INC., | |
| Plaintiff, | |
| v. | Court No. 21-00563 |
| UNITED STATES, | |
| Defendant. | |

## SECOND JOINT STATUS REPORT & PROPOSED SCHEDULING ORDER

Pursuant to the Court's January 10, 2022 Order (ECF 15), Plaintiff, Tristar Products, Inc., and Defendant, United States, respectfully submit this second joint status report and proposed scheduling order. The parties respectfully request that the Court issue an order that adopts their proposed schedule, which would require the submission of a third joint status report and proposed scheduling order no later than Thursday, February 24, 2022.

As the Court knows, Plaintiff substituted counsel on January 6, 2022. ECF 10-12. Although undersigned counsel for Plaintiff have made significant progress in familiarizing themselves with the record and issues in the appeal, they require additional time to determine the appropriate next steps for Plaintiff in this litigation. In particular, undersigned counsel requires additional time to finalize their litigation strategy with Plaintiff and to confer with Plaintiff on the relevant evidentiary sources in support of such strategy. Plaintiff's counsel respectfully submits that they can accomplish this task by Thursday, February 24, 2022.

The parties remain cognizant of the Court's desire to avoid unnecessary motions, orders, and conflicts. *See* ECF 9, at 1. The parties respectfully submit that the proposed schedule will help to avoid any such issues.

For the foregoing reasons, the parties respectfully request that the Court issue an order that adopts their proposed schedule. The parties stand ready to meet with the Court should it have any questions regarding this joint status report or the proposed schedule.

Respectfully submitted,

| | |
|---|---|
| /s/ Lars-Erik A. Hjelm | BRIAN M. BOYNTON |
| Lars-Erik A. Hjelm | Acting Assistant Attorney General |
| Devin S. Sikes | |
| AKIN GUMP STRAUSS HAUER & FELD LLP | PATRICIA M. McCARTHY |
| 2001 K Street, NW | Director |
| Washington, DC 20006 | |
| *Counsel to Plaintiff* | JUSTIN R. MILLER |
| | Attorney-In-Charge |
| | International Trade Field Office |
| | |
| | By: /s/ Marcella Powell |
| | MARCELLA POWELL |
| | Senior Trial Counsel |
| | |
| | /s/ Brandon A. Kennedy |
| | BRANDON A. KENNEDY |
| | Trial Attorney |
| | Department of Justice, Civil Division |
| | Commercial Litigation Branch |
| | 26 Federal Plaza – Suite 346 |
| | New York, NY 10278 |
| | (212) 264-9237 |
| | *Attorneys for Defendant* |

Dated: February 11, 2022

# UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

|  |  |
|---|---|
| TRISTAR PRODUCTS, INC., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Court No. 21-00563 |
| : | |
| UNITED STATES, : | |
| : | |
| Defendant. : | |

## **PROPOSED ORDER**

Upon consideration of the parties' second joint status report and proposed scheduling order, as well as all other papers filed in this action, it is hereby

**ORDERED** that the parties shall submit a third joint status report and proposed scheduling order to the Court no later than Thursday, February 24, 2022.

Dated: _____    _____

Mark A. Barnett, Chief Judge